| State of Alabama<br>Unified Judicial System<br>Form C-10 Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** | Case Number<br>2:07cv1123 |
|---|---|---|

IN THE _U.S. District_ COURT OF _Montgomery_, ALABAMA
(Circuit, District, Municipal)   (Name of County or Municipality)

STYLE OF CASE: _Civil Complaint § 1983_ v. _Alabama Pardons & Paroles et al.,_
Plaintiff(s)    Defendant(s)

TYPE OF PROCEEDING: _Civil_   CHARGE(s) (if applicable): ____

☑ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that these fees be waived initially and taxed as costs at the conclusion of the case.

☑ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request the court to appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for me for my child/me.

**AFFIDAVIT**

**SECTION I.**

1 **IDENTIFICATION**
Full name _Johnny L. Brown_    Date of birth _11/30/52_
Spouse's full name (if married) _N/A_
Complete home address _Limestone Correctional Facility_

Number of people living in household ____
Home telephone number ____
Occupation/Job ____    Length of employment _N/A_
Driver's license number _#6619563_    *Social Security Number _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_
Employer _N/A_    Employer's telephone number _N/A_
Employer's address _N/A_

2 **ASSISTANCE BENEFITS**
Do you or anyone in your household receive benefits from any of the following sources? (if so, please check those which apply.)

☐ AFDC   ☐ Food stamps   ☐ SSI   ☐ Medicaid   ☐ Other ____

3 **INCOME/EXPENSE STATEMENT**
Monthly Gross Income:
Monthly Gross Income    $ _0_
Spouse's Monthly Gross Income (unless a marital offense)    _0_
Other Earnings: Commissions, Bonuses, Interest Income, etc.    _0_
Contributions from Other People Living in Household    _0_
Unemployment/Workmens's Compensation,
  Social Security, Retirements, etc.    _0_
Other Income (be specific) ____    _0_
**TOTAL MONTHLY GROSS INCOME**    $ _0_

Monthly Expenses:
A. Living Expenses
  Rent/Mortgage    $ _0_
  Total Utilities: Gas, Electricity, Water, etc.    _0_
  Food    _0_
  Clothing    _0_
  Health Care Insurance    _0_
  Car Payment(s)/Transportation Expenses    _0_
  Loan Payment(s)    _0_

| Form C-10 Page 2 of 2   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** |
|---|---|

Monthly Expenses: (con'd page 1)
    Credit Card Payment(s) _____
    Educational/Employment Expenses _____
    Other Expenses *(be specific)* __N/A__ _____

            **Sub-Total**      A $ _____

B.   Child Support Payment(s) Alimony    $ __0__

            **Sub-Total**      B $ _____

C.   Exceptional Expenses    $ __0__

**TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)**    $ _____

Total Gross Monthly Income Less total monthly expenses:
    **DISPOSABLE MONTHLY INCOME**      $ _____

**4   LIQUID ASSETS:**
    Cash on Hand/Bank *(or otherwise available as stocks, bonds, certificates of deposit)*    $ __0__
    Equity in Real Estate (value of property less what you owe) __0__
    Equity in Personal Property, etc (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) _____
    Other *(be specific)*
    Do you own anything else of value? ☐ Yes ☒ No
    (land, house, boat, TV, stereo, jewelry)
    If so, describe _____

        **TOTAL LIQUID ASSETS**    $ __0__

**5   Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this __13__ day of __Dec__, __2007__

__/s/ Floyd Keene__      __/s/ Johnny L. Brown__
Judge/Clerk/Notary    Commission Expires: __8-28-11__    Affiant's Signature
                                                         __Johnny L. Brown__
                                                         Print or Type Name

**ORDER OF COURT**

**SECTION II.**
    IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
    ☐ Affiant is not indigent and request is DENIED.
    ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court as otherwise ordered and disbursed as follows: _____
    ☐ Affiant is indigent and request is GRANTED.
    ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED THAT _____ is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, _____

                                                         _____
                                                         Judge