| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 1/10/08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Robert Longshore<br>Alabama Board of Pardons and Par<br>301 South Ripley Street<br>Montgomery, AL 36130<br><br>07CV123 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0000 0024 9063 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M- | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 1/10/08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Valinda Weatherly<br>Alabama Board of Pardons and Par<br>301 South Ripley Street<br>Montgomery, AL 36130<br><br>07CV123 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 1490 0000 0024 9056 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Cornell Long*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 1/10/08<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Sidney Williams<br>Alabama Board of Pardons and Parole<br>301 South Ripley Street<br>Montgomery, AL 36130<br><br>07CV123 | Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service lab  7007 1490 0000 0024 9049 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-15 | |