IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY BROWN, #110326 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE #: 2:07-CV-1123-MHT (WO) |
| ) | |
| ALABAMA PARDONS & PAROLES, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW Assistant Attorney General J. Matt Bledsoe and enters this Notice of Appearance as counsel for defendants Bob Riley and Troy King in the above styled cause.

Respectfully submitted on this 29th day of January, 2008.

    /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for defendants Riley and King

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7443
(334) 242-2433 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, and that I have further served a copy of the same upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Johnny Brown, #110326
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL  35749

Sidney Williams
Alabama Pardons & Paroles
301 South Ripley Street
Montgomery, AL  36130

Valinda Weatherly
Alabama Pardons & Paroles
301 South Ripley Street
Montgomery, AL  36130

Robert Longshore
Alabama Pardons & Paroles
301 South Ripley Street
Montgomery, AL  36130

VOCAL
Alabama State Capitol
Montgomery, AL  36130

    /s/  J. MATT BLEDSOE
    OF COUNSEL