IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED

2008 FEB -6 A 9: 33

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Johnny L. Brown

    Plaintiff

-vs-                                        Case No. 2:07-CV-1123-MHT

Alabama Pardons & Paroles et. al.,

    Defendants.

## MOTION TO CORRECT THE RECORD:

    Comes now the plaintiff, Johnny L. Brown, in the above style cause with regards to Objection To Magistrates Recommendation as filed on or about January 18, 2008.

    Plaintiff, seeks to correct a mistake or error made in a paragraph on page #5 of his objections to the Magistrate's Recommendation [ in that ], plaintiff do seek monetary damages, declaratory and injunctive relief under section 1983 civil complaint as filed in this action against all defendants in their individual / personal and official capacities. **Town of Loxley v. Coleman,** 720 So. 2d 907, 909 (Ala. 1998); **Ex parte Alabama Department of Forensic Sciences,** 709 So. 2d 455, 458 (Ala. 1997).

    Wherefore, defendants not entitled to qualified immunity, especially where defendants actions are that being a conduct outside of State laws and Statutes, and in violations of both State and Federal Constitutions. **Thornburgh v. Abbott,** 490 U. S. 401, 104 L. Ed. 2d 459, 109 S. Ct. 1874 (1989).

    **WITH PREMISES CONSIDERED;** The Federal Civil Complaint as filed against defendants are based upon {"**genuine and material issues of facts**"} and defendants should lawfully be allowed themselves to defend the claims against them as justice would require. **United Steel Workers of America v. Phelps Dodge Corp.,** 865 F. 2d 1539 (9th Cir. 1989) **Cert. denied.** 493 U. S. 809, 110 S. Ct. 51, 107 L. Ed. 2d 20 (1989). The plaintiff pray the aforegoing Motion be granted.

## CERTIFICATE OF SERVICES;

I, Johnny L. Brown, hereby certify that I have served a true and correct copy of the same 'Motion To Correct The Record' upon the below named defendants, by placing a true and correct copy of the same in the U. S. Mail box of Limestone Correctional Facility, postage prepaid and addressed as follows on this 2nd day of February 2008.

**Address of defendants:**

William Wynn
301 South Ripley Street
Building "D"
Montgomery, Al. 36130

Valinda Weatherly
301 South Ripley Street
Building "D"
Montgomery, Al. 36130

Robert Longshore
301 South Ripley Street
Building "D"
Montgomery, Al. 36130

Governor. Bob Riley   [Attorney] J. Matt Bledsoe
600 Dexter Ave. Rm#104
Montgomery, Al. 36130 -0152

Hon. Troy King   [Attorney] J. Matt Bledsoe
11 South Union Street
Montgomery, Al. 36130-0152 , and

VOCAL ℅ M. Shehane
Victims of Crime Against Leniency
301 South Ripley Street
Building "D"
Montgomery, Al. 36130

RESPECTFULLY SUBMITTED.

_Johnny J. Brown_
Johnny L. Brown, Plaintiff:

done this 2nd day of February 2008.

Johnny L. Brown #110326
28779 Nick Davis Road
Harvest, AL. 35749

(I-Dorm, 058B)

LEGAL MAIL

CASE No.# 2:07-CV-1123-MHT

HUNTSVILLE / HVS
AL 358
04 FEB 2008 PM 1 L

"LET US DARE TO REA[D],
THINK, SPEAK AN[D WRITE]"
John Adams, 1765
powerofthelette[r]

USA FIRST-CLASS FOREVER

Office of the Clerk
C/O Hon. Debra Hackett
United States District Court
Post Office Box 711
Montgomery, AL. 36101-
0711

36101+0711