IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY BROWN, #110 326 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-1123-MHT |
| ALABAMA PARDON AND PAROLES, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

The Plaintiff has filed a Motion to Correct Objection to Report and Recommendation. He seeks to correct a misstatement he made in his objections to the January 10, 2008 Recommendation of the Magistrate Judge. Specifically, on page 5 of the objections, Plaintiff asserted that he is not seeking monetary relief against the named defendants but only declaratory and future injunctive relief. (*See Doc. No. 9 at 5*.) In the pending motion, Plaintiff requests that he be allowed to correct this assertion inasmuch as he does, in fact, seek damages as part of his relief against the named Defendants.

A review of Plaintiff's complaint reveals that in addition to requesting "prospective declaratory and injunctive relief," he also requested "1.5 million dollars in punitive and declamatory [sic] damages." (*See Doc. No. 1 at 4*.) By Judgment entered February 4, 2008, this court adopted the January 10, 2008 Recommendation of the Magistrate Judge and dismissed Plaintiff's request for monetary damages. (*See Doc. Nos. 7, 11*.) In light of the

foregoing, it is

ORDERED that the motion to correct objection to Report and Recommendation (*Doc. No. 12*) is GRANTED to the extent it clarifies and/or corrects Plaintiff's stated objections. Plaintiff is advised that the granting of this motion does not reinstate his request for damages. The court's February 4, 2008 judgment dismissed properly Plaintiff's request for damages against the named Defendants for the reasons stated in the January 10, 2008 Recommendation of the Magistrate Judge.

Done this 8th day of February, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE