DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003895
Cashier ID: khaynes
Transaction Date: 02/14/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
--------------------------------
PLRA CIVIL FILING FEE
 For: JOHNNY L BROWN
 Case/Party: D-ALM-2-07-CV-001123-001
 Amount:        $30.00
--------------------------------
CHECK
 Check/Money Order Num: 3948
 Amt Tendered:  $30.00
--------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00