```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
               NORTHERN DIVISION
```

|  |  |
|---|---|
| JOHNNY BROWN, AIS# 110326,<br>    Plaintiff,<br><br>    Vs.<br><br>Alabama Board of Pardons<br>And Paroles, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case # 2:07-CV-1123-MHT<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR AN EXTENSION OF TIME**

Come now the Defendants, Sidney Williams, VeLinda Weatherly, and Robert Longshore, moving the Court for an extension of time to file their Answer. The Defendants submits the following in support thereof:

1. The request for an extension is made in good faith and within the time limits for filing the Answer.

2. A short extension will not prejudice the Plaintiff, who is serving a "life" sentence for Murder.

3. A short extension will not impact the course of the judicial proceedings.

4. Defendants seek to support their Answer with affidavit from the named Defendants, one of which is retired and not immediately available to Defendants counsel.

5. This request is made in good faith and is not intended to frustrate the Plaintiff, the Court, or the judicial process.

6. The Defendants move for a 14-day extension making the **Answer due on March 2nd, 2008.**

Consideration in this matter is appreciated.

Respectfully submitted,

TROY KING.
ATTORNEY GENERAL
KIN047

GREGORY O. GRIFFIN, SR.
CHIEF COUNSEL
GRI026

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: None ; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

>Johnny Brown, AIS # 110326
>Limestone Correctional Facility
>28779 Nick Davis Road
>Harvest, Alabama 35749

Done this 19th day of February, 2008.

>Respectfully submitted,

>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov