IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY BROWN, #110 326 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-1123-MHT |
| SIDNEY WILLIAMS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (*Doc. No. 15*) is GRANTED; and

2. Defendants are GRANTED an extension from February 19, 2008 to and including March 3, 2008 to file their answer and written report.

Done, this 20th day of February 2008.

   /s/   Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE