**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 20, 2008

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

To Defendants:   Sidney Williams
                 Valinda Weatherly
                 Robert Longshore

From:   Clerk's Office

Case Style:  Johnny L. Brown v. Alabama Pardon & Paroles, et al.
Case Number:   2:07-cv-1123-MHT

Docket Entry #   15

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

No corporate/conflict disclosure statement has been filed by you in this action.

This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.