IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHNNY BROWN, AIS# 110326, )
    Plaintiff, )
     )
    Vs. ) Case # 2:07-CV-1123-MHT
     )
Alabama Board of Pardons )
And Paroles, et al., )
    Defendants. )

**MOTION TO FILE SUPPLEMENTAL DOCUMENT**

Comes now the Alabama Board of Pardons and Paroles, and shows unto the Court as follows:

1. Respondents request that its "Exhibit B" be filed.

2. The Respondent had to have the Exhibit B, which was an affidavit that was to be signed by a retired employee.

3. Respondents indicated in their answer that the said affidavit would be filed at a later date which we are now producing.

4. Said filing out of time will not prejudice Petitioner.

1

        Respectfully submitted,
        TROY KING
        ATTORNEY GENERAL


        GREGORY O. GRIFFIN, SR.
        CHIEF COUNSEL


        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        steven.sirmon@paroles.alabama.gov


## **CERTIFICATE OF SERVICE**

I hereby certify that on 3-7-2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: (None), and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      Johnny Brown, AIS # 110326
     Limestone Correctional Facility
       28779 Nick Davis Road
       Harvest, Alabama 35749

Done this 7th day of March, 2008.

Respectfully submitted,

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steve.Sirmon@alabpp.gov

STATE OF ALABAMA            )
                            )
MONTGOMERY COUNTY           )

## AFFIDAVIT

BEFORE ME, the undersigned authority for said County and State, personally appeared **Sidney T. Williams,** who is known to me, and after being duly sworn, deposed and said as follows:

"My name is **Sidney T. Williams** and I am a former Chairman of the Alabama Board of Pardons and Paroles.

'I have reviewed the agency's record concerning the parole hearing of **Johnny Brown, AIS# 110326.** I voted to deny Mr. Brown's parole on April 2, 2007 because I was not reasonably satisfied that he could remain at liberty without violating the law and that his release was not incompatible with the welfare of society. I deny all allegations made against the Board in this matter and against me personally.

'I have taken no action in Mr. Brown's case that violates any due process or equal protection right to which he is entitled.

'I further deny relying on any "known" false information in making my decision to deny Mr. Brown parole.

'The Board's procedures in resetting parole consideration hearings have been challenged on ex post facto grounds and upheld. I have not acted contrary to any clearly established law in making parole decisions.

'Nor have I conspired with other officials of the prison system, Attorney General's Office, Governor's Office, or private groups in making my decision. Alabama statutes require this Board to notify certain elected officials and victims and allow them

EXHIBIT B

the opportunity to speak at the Board's open public meeting. This was done in Mr. Brown's case, in compliance with Alabama law."

_____
SIDNEY T. WILLIAMS
CHAIRMAN

SWORN TO AND SUBSCRIBED before me this ___6th___ day of ___March___ 2008.

_____
NOTARY PUBLIC
Commission Expires: _10/10/08_