IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JOHNNY BROWN, #110 326 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-1123-MHT |
| SIDNEY WILLIAMS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to File Supplement to Special Report, and for good cause, it is

ORDERED that the motion (*Doc. No. 22*) be and is hereby GRANTED.

Done, this 10th day of March 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE