RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Johnny L. Brown, A.I.S.#110326

    Plaintiff, )

    -vs- )   Case No.#2:07-CV-1123-MHT

Alabama Board Of Pardons And )
Paroles, et al.,
     )
    Defendants.

PLAINTIFF GENERAL TRAVERSE OF DEFENDANTS ANSWER:

Now comes the plaintiff, Johnny L. Brown, in the above styled cause with regards to the defendants answer filed on or about March 3, 2008. Plaintiff, states the followings in support of the above to wit :

(1) The plaintiff generally traverse and objects to the defendants answer because defendants answer failed to provide the plaintiff with copies of their referenced exhibits A,B,C,D,E, and defendants answer failed to comply with paragraph (2) of this **Court's Order** as issued January 9th 2008.

(2) Plaintiff is unable to file a complete response to the defendants answer because he has no thorough knowledge as to what those ["**Affidavits or exhibits**"] actually contains and the defendants blind-sighting the plaintiff to those exhibits is bias, and

(3) Defendants **Certificate of Service** also failed to certify whether those necessary exhibits was attached thereto or served on the Plaintiff with their answer in this cause of action pursuant to Rule 5(a) of the Federal Rules Of Civil Procedure, and due to defendants above failures, it violated plaintiff's [p]rocedural due process, protected by the Constitutions of the United States and this State, requires adequate notice and an opportunity to be heard when one's life, liberty, or property interest are about to be

affected by governmental actions. **Ex parte Fountain**, 842 So. 2d 726 at 729 (Ala. 2001).

**WHEREFORE WITH PREMISES CONSIDERED:** Plaintiff, prays the foregoing General Traverse of Defendants Answer be granted and this Honorable Court issue an Order requiring defendants/attorney therefor to serve plaintiff with copies of their affidavits and exhibits and all other such documents used in this Federal Proceeding.

Done this 6th day of March, 2008.

Respectfully Submitted,

Johnny L. Brown, Plaintiff:

CERTIFICATE OF SERVICE:

I, Johnny L. Brown, hereby certify that I have served a true and correct copy of the foregoing "Plaintiff General Traverse Of Defendants Answer" upon the defendants by placing a copy of the same in the Limestone Correctional Facility, U. S. Mail box, postage prepaid and addressed as follows on this 6th day of March, 2008.

c/o Hon. Steven M. Sirmon   [ Attorney for Defendants]
    Assistant Attorney General
    Alabama Board Of Pardons and Paroles
    Post Office Box 302405
    Montgomery, Alabama 36130

RESPECTFULLY SUBMITTED,

Johnny L. Brown, PLaintiff:

Johnny L. Brown #110326
28779 Nick Davis Rd.
Harvest, AL. 35749
(I-dorm, O58B)

Case #2:07-CV-1123-MHT

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of this communication.

℅ Clerk:
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, AL. 36101

36101+0711