IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| JOHNNY BROWN, AIS# 110326, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | Case # 2:07-CV-1123-MHT |
| Alabama Board of Pardons And Paroles, et al., | ) ) ) | |
| Defendants. | ) | |

**NOTICE TO THE COURT**
**OF DEFENDANT'S RE-SERVING PLAINTIFF WITH DEFENDANT'S**
**ANSWER AND EXHIBITS**

Come now the Defendant Alabama Board of Pardons and Paroles and its members, Sidney Williams (retired), VeLinda Weatherly, and Robert Longshore, in response to Plaintiff's General Traverse of Defendants Answer and submit the following:

1. The Defendants reviewed Plaintiff's pleading entitled "Plaintiff General Traverse of Defendant's Answer", wherein, the Plaintiff claims he did not receive the Defendant's exhibits when served with the Defendant's Answer.

1

2. Plaintiff seeks an order from the Court directing the Defendants to re-serve him with the Defendant's Answer and Exhibits.

3. The Defendants have, this date, re-served the Plaintiff with its Answer, to include its exhibits, making an order from the Court unnecessary.

4. The Defendants apologies for any delay this may have caused and has provided the Plaintiff with the documents to which he is entitled.

        Respectfully submitted,

        TROY KING.
        ATTORNEY GENERAL
        KIN047

        GREGORY O. GRIFFIN, SR.
        CHIEF COUNSEL
        GRI026

        s/STEVEN M. SIRMON
        ASSISTANT ATTORNEY GENERAL
        State Bar#: ASB-5949-S61S
        Ala. Bd. Pardons and Paroles
        P.O. Box 302405
        Montgomery, Alabama 36130
        Telephone: (334) 242-8700
        Fax: (334) 353-4423
        Steve.Sirmon@alabpp.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: None ; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants, individually:

>Johnny Brown, AIS # 110326
>Limestone Correctional Facility
>28779 Nick Davis Road
>Harvest, Alabama 35749

Done this 14th day of March, 2008.

>Respectfully submitted,

>s/STEVEN M. SIRMON
>ASSISTANT ATTORNEY GENERAL
>State Bar#: ASB-5949-S61S
>Ala. Bd. Pardons and Paroles
>P.O. Box 302405
>Montgomery, Alabama 36130
>Telephone: (334) 242-8700
>Fax: (334) 353-4423
>Steve.Sirmon@alabpp.gov