IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAR 24 A 9:28

Johnny L. Brown, A.I.S.#110326

    Plaintiff,

-vs-                              Case No.#2:07-CV-1123-MHT

Alabama Board of Pardons And
Paroles, et al.,

    Defendants.

## MOTION FOR REQUIRED DISCLOSURES UNDER COURT ORDER:

Now comes the plaintiff, Johnny L. Brown, in the above styled cause pursuant to Rule 26(a) of the Federal Rules Of Civil Procedure. And for good cause showing, plaintiff set forth the following in support of this motion to wit:

(1) On March 14th, 2008 defendants filed notice to the court of defendant's re-serving plaintiff with defendant's answer and exhibits.

(2) Defendants notice alleged that an order from the Court unnecessary but the plaintiff disagree because the defendants still have failed to comply with this Court's original order as issued January 9th, 2008 and the plaintiff's request as prayed for in the *Plaintiff General Traverse Of Defendants Answer* ["that defendants/attorney therefore serve plaintiff with copies of their affidavits and exhibits, *and all other such documents used in this this Federal Proceeding"*].

    (3) This Court's Order as issued January 9th, 2008 required the defendants upon serving the plaintiff as I quote in pertinent parts [*"that written report must contain the sworn statements of all persons having personal knowledge of the subject matter of the complaint, whenever relevant, copies of medical and/or psychiatric records shall be attached to the written report, where plaintiff's claim or defendant's defenses relate to or involve the application of administrative rules, regulations or guidelines and in addressing the claims presented by plaintiff, defendants shall furnish copies of all documents, records and regulations relevant to Plaintiff's claims for relief"*].



(4) Plaintiff submittes that defendant, Sidney T. Williams, affidavit make mention (1) that Alabama statutes require this Board to notify certain elected officials and victims and allow them the opportunity to speak at the Board's open public meeting, this was done in Mr. Brown's case, in compliance with Alabama law and (2) Defendant, Williams further stated he reviewed the agency's record concerning the parole hearing of **Johnny Brown, A.I.S.#110326.**

(5) Plaintiff submits that Defendant, Robert P. Longshore, affidavit make mention (1) that he have reviewed the agency's record concerning the parole hearing of **Johnny Brown,A.I.S.#110326** (2) that Alabama statutes require this Board to notify certain elected officials and victims and alow them the opportunity to speak at the Board's open public meeting and (3) this was done in Mr. Brown's case, in compliance with Alabama law.

**WHEREFORE WITH PREMISES CONSIDERED:** Plaintiff, prays this court upon acknowment of this Motion For Required Disclosure, issue an order requiring the above defendants/attorney therefore to served plaintiff with copies of the transcript/minutes of the plaintiff's parole hearing held April 2nd, 2007 and copies of the agency's record defendants reviewed concerning the plaintiff's parole hearing and all transcribed information by those who attended plaintiff's open Board Hearing on or about April 2nd, 2007.

Done this _____ day of _____ 2008.

Respectfully Submitted,

_____
Johnny L. Brown, Plaintiff:

## CERTIFICATE OF SERVICE:

I, Johnny L. Brown, hereby certify that I have served a true and correct copy of the foregoing "Motion For Required Disclosures Under Court Order" upon the defendants/attorney therefor, by placing a copy of the same in the Limestone Correctional Facility, U. S. Mail box, postage prepaid and addressed as follows on this 20th day of March 2008.

C/0 Attorney for Defendants:
Hon. Steven M. Sirmon
Assistant Attorney General
Alabama Board Of Pardons and Paroles
Post Office Box 302405
Montgomery, Alabama 36130

RESPECTFULLY SUBMITTED

Johnny L. Brown
Johnny L. Brown, Plaintiff:

Johnny L. Brown #110326
28779 Nick Davis Rd.
Harvest, AL. 35249
(I-dorm, O5BB)

HUNTSVILLE / HVS
AL 358
21 MAR 2008 PM 2 T

"LET US DARE TO
THINK, SPEAK A
John Adams, 17
powerofthelet

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

CASE NO. #2:0

℅ Clerk:
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, AL. 36101

36101+0711