IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOHNNY BROWN, #110 326         *

    Plaintiff,                  *

    v.                          *     2:07-CV-1123-MHT

SIDNEY WILLIAMS, *et al.*,     *

    Defendants.                 *

_____

**ORDER ON MOTION**

Plaintiff has filed a pleading caption as a *Motion for Required Disclosures Under Court Order*. He requests that Defendants be directed to serve him with "copies of transcript/minutes of the plaintiff's parole hearing held April 2, 2007 and copies of the agency's record defendants reviewed concerning the plaintiff's parole hearing and all transcribed information by those who attended plaintiff's open Board Hearing on or about April 2, 2007." (*Doc. No. 27 at 2*.) Plaintiff's motion, construed as a motion for court order directing Defendants to file a supplement to their special report, has been read, considered, and shall be denied.

Accordingly, it is

ORDERED that Plaintiff's motion (*Doc. No. 27*) be and is hereby DENIED.

Done, this 31st day of March 2008.

    /s/   Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE