IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHNNY L. BROWN,              )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                       )       2:07cv1123-MHT
                             )
ALABAMA PARDON & PAROLES,     )
et al.,                       )
                             )
     Defendants.             )

ORDER

It is ORDERED that plaintiff's objections (contained in the motion to correct record) (doc. no. 12) are overruled.

DONE, this the 17th day of April, 2008.


        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE