```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006133
Cashier ID: brobinso
Transaction Date: 08/18/2008
Payer Name: LIMESTONE CORRECTIONAL FAC
------------------------------------
PLRA CIVIL FILING FEE
 For: JOHNNY L BROWN
 Case/Party: D-ALM-2-07-CV-001123-001
 Amount:         $12.00
------------------------------------
CHECK
 Check/Money Order Num: 4766
 Amt Tendered:  $12.00
------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:     $0.00
```